UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW P. VYLETEL,

    Plaintiff,

                                    Case No. 22-cv-12485
v.                                Hon. Matthew F. Leitman

UNIVERSITY OF MICHIGAN, *et al.*,

    Defendants.

_____/

## JUDGMENT

In accordance with the Court's Order (1) Overruling Plaintiff's Combined Objections to, and Denying Plaintiff's Motion to Strike, Report and Recommendation (ECF No. 35); (2) Adopting Recommended Disposition of Report and Recommendation (ECF No. 32); and (3) Granting Defendants' Motion to Dismiss (ECF No. 12), dated March 16, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                   KINIKIA ESSIX
                                   CLERK OF COURT


                        By:    s/Holly A. Ryan_____
                                Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN          Dated:  March 16, 2023
United States District Judge      Detroit, Michigan

1